IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BARRY SHAFFER and KIMBERLY SHAFFER,** | |
| Plaintiffs | **Civil Action No. 1:13-CV-01837** |
| v. | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,** | |
| Defendant | **The Honorable Sylvia H. Rambo** |

**O R D E R**

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to dismiss count II of the complaint (Doc. 3) is **DENIED**.

                                                                s/Sylvia H. Rambo
                                                               United States District Judge

Dated: October 15, 2013.