IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARRY SHAFFER and KIMBERLY SHAFFER,** : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,** : <br> : <br> **Defendant** : | **Civil Action No. 1:13-cv-01837** <br><br><br> **Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum, it is **HEREBY ORDERED** that State Farm shall produce unredacted versions of the following previously redacted portions of the claims file to Plaintiff no later than March 17, 2014:

1. Pages 48, 50-58, 61, 66, 72-74, 105-106, 176-177, 183, 225-226, 232, 281, and 286 in their entirety;

2. Log No. 307 on p. 58.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  March 10, 2014.